Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
KAYDEE SETHI (erroneously sued herein as KAWALDE SETHI), an individual, and
HARDIOBAG SINGH (erroneously sued herein as HARDILBAG SINGH), an individual, dba
KIKI THREADS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOB WORLD, INC., a Nevada Corporation, dba THREADS BEAUTY BAR & SPA<br><br>Plaintiff,<br><br>v.<br><br>KIKI'S THREADS, A BUSINESS OF UNKNOWN FORMATION, JAGJIT SINGH, AN INDIVIDUAL, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: C11-00669MEJ<br><br>**STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br>**[Civil L. R. 6-1]** |

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time within which defendants may answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including March 24, 2011.

Dated: _____

Patton Martin & Sullivan LLP

By: _____
Kevin R. Martin, Esq.
Attorneys for Plaintiff
ANOB WORLD, INC.

Dated: March __, 2011

ALLMAN & NIELSEN, P. C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendants
KAYDEE SETHI (erroneously sued herein as KAWALDE SETHI), an individual, and HARDIOBAG SINGH (erroneously sued herein as HARDILBAG SINGH), an individual, dba KIKI THREADS

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT
-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

# ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendants may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including March 24, 2011.

Dated: March 8, 2011

_____
THE HONORABLE MARIA ELENA JAMES

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726