1 | Kevin R. Martin (SBN 176853)
**PATTON MARTIN & SULLIVAN LLP**
2 | 6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
3 | Tel: 925-600-1800
Fax: 925-600-1802
4 | kevin@pattonmartinsullivan.com

5 | Attorneys for Plaintiff ANOB WORLD, INC.

6 | SARA B. ALLMAN (SBN
ALLMAN & NIELSEN, P.C.
7 | 100 Larkspur Landin Circle, Suite 212
Larkspur, California 94939
8 | Tel: 415-461-2700
Fax: 415-461-2726
9 | all-niel@comcast.net

10 | Attorneys for Defendant KIKI's THREADS, et. al.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOB WORLD, INC. a Nevada Corporation, dba THREADS BEAUTY BAR & SPA<br><br>Plaintiff,<br><br>vs.<br><br>KIKI'S THREADS, a business of unknown formation, JAGJIT SINGH, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: C11-00669 MEJ<br><br>**NOTICE OF SETTLEMENT** |

The parties in this matter have reached settlement. Counsel, on behalf of their respective clients, are preparing the necessary settlement documentation and circulating for signature. Provided completion of several milestones under the terms of settlement, the parties expect a

---
NOTICE OF SETTLEMENT                                              1
CASE NO. C11-00669 MEJ

1  dismissal will be filed in this matter on or before May 27, 2011 and respectfully request the
2  Court set this matter for dismissal review sometime after that date.

3  Dated: March 23, 2011

4
5  By: _____*Kevin R. Martin*_____
   KEVIN R. MARTIN
6  Attorneys for Plaintiff
   ANOB WORLD, INC.

7  Dated: March 23, 2011
8
9  By: _____
   SARA B. ALLMAN
10 Attorneys for Defendant
   KIKI'S THREADS et al.

11

12 All pending deadlines are VACATED. The parties shall file a stipulation for
13 dismissal or joint status report by June 16, 2011.

14 Dated: April 6, 2011

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

NOTICE OF SETTLEMENT
CASE NO. C11-00669 MEJ                                                      2