1  KEVIN R. MARTIN (176853)
   **PATTON MARTIN & SULLIVAN LLP**
2  6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566-8058
3  925-600-1800 Phone
   925-600-1802 Fax
4  Email: kevin@pattonmartinsullivan.com
   Attorneys for ANOB WORLD, INC.

**GRANTED**
*[signature]*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOB WORLD, INC. a Nevada Corporation, dba THREADS BEAUTY BAR & SPA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KIKI'S THREADS, a business of unknown formation, JAGJIT SINGH, an individual, and Does 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  3:11-cv-00669-MEJ<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>MAGISTRATE JUDGE MARIA-ELENA JAMES<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint Filed:**    Dec. 29, 2010 |

   Plaintiff ANOB WORLD, INC. a Nevada Corporation, dba THREADS BEAUTY BAR & SPA, and Defendant KIKI's THREADS et. al. having settled this matter, stipulate to dismissal with prejudice of the above-referenced lawsuit in its

---

PATTON MARTIN &
SULLIVAN LLP
PLEASANTON, CA

STIPULATION FOR DISMISSAL                                                                                                1
CASE NO.: 3:11-CV-00669-MEJ

entirety, pursuant to Federal Rules of Civil Procedure 41. Each side to bear their own costs and fees.

Date: May 4, 2011

PATTON MARTIN & SULLIVAN LLP

BY: /s/ Kevin R. Martin
KEVIN R. MARTIN
Attorney for Plaintiff
ANOB WORLD, INC.

Dated: May 4, 2011

ALLMAN & NIELSEN

BY: /s/ Sara B. Allman
SARA B. ALLMAN
Attorneys for Defendant
KIKI'S THREADS et. al.